IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RED HAT INC., and NOVELL INC.,<br><br>Defendants . | Case No. 2:07-cv-447<br><br>JURY TRIAL DEMANDED |

## NOTICE OF FILING FORM AO 120

COMES NOW Plaintiff, in the above-entitled and numbered cause, and states that it has mailed Form AO 120, Report on the Filing or Determination of an Action Regarding a Patent or Trademark to the Director of the U.S. Patent and Trademark Office on this the 9th day of October, 2007.

Respectfully submitted,

_/s/ Johnny Ward_
T. John Ward Jr.
State Bar No. 00794818

Ward & Smith Law Firm
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: jw@jwfirm.com

ATTORNEY FOR PLAINTIFF