IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and TECHNOLOGY LICENSING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> RED HAT, INC. and NOVELL, INC. <br><br> Defendants. | Case No. 2:07-cv-447 (RRR) <br><br> **Jury Trial Demanded** |

**ORDER DENYING PLAINTIFFS' MOTION TO EXCLUDE
THE TESTIMONY AND STRIKE THE EXPERT REPORT OF MYROM ZIMMERMAN
ON THE ISSUE OF INFRINGEMENT AND EXHIBITS**

Defendants Red Hat, Inc. and Novell, Inc.'s ("Defendants") seek to exclude the testimony and strike the expert report of Myron Zimmerman on the issue of infringement and exhibits. (Docket No. 115). Having fully considered the parties' arguments and for the reasons set forth in this court's order denying Defendants' Motion to Strike Supplemental P.R. 3-1 Contentions and Exhibits, this court **DENIES** the motion.

It is SO ORDERED.

SIGNED this 10th day of March, 2010.

RANDALL R. RADER
UNITED STATES CIRCUIT JUDGE