IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and<br>TECHNOLOGY LICENSING CORP.,<br><br>    Plaintiffs,<br><br>  v.<br><br>RED HAT, INC. and<br>NOVELL, INC.<br><br>    Defendants. | Civil Action No. 2:07-cv-447 (RRR)<br>Jury Trial Demanded |

**ORDER DENYING PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE
CERTAIN EQUITABLE ISSUES FROM BEING ARGUED BEFORE THE JURY**

  BEFORE THE COURT is Plaintiffs' Motion *in Limine* to Exclude Certain Licenses and Settlement Agreements.  With respect to the issue of inequitable conduct, the Court hereby DENIES the Motion as moot.  With respect to the issue of laches, having reviewed the Motion and Defendants' Response, the Court will try the issue of laches with the jury as an advisory jury.  The trial will not be bifurcated.  Thus, the Court hereby DENIES Plaintiffs' Motion and will allow Defendants to present testimony and evidence to the jury regarding laches.