Flight Simulator includes enough ground reference points to allow you to perform ground-reference maneuvers, and the power and air-frame strength to allow you to perform maximum performance flight maneuvers. Use the view selector to view ground reference points while you make turns. (Be sure to reselect the front view before you proceed to other maneuvers.) Set wind speed and direction to increase the challenge of your maneuvers.

Maneuver procedures are beyond the scope of this manual. We recommend you consult a flight training manual, such as the *Flight Training Handbook*, for details on how to perform the following maneuvers:

- Turns in the wind.
- "S" turns across a road.
- Turns around a point.
- Figure eights along and across a road.
- Figure eights around and on pylons.
- Line of sight to pylons.

All these maneuvers, as well as many stalls, can be performed in either auto-coordinated or uncoordinated flight modes.

# Instrument Flight

Flight Simulator provides adequate instrumentation and enough VORs, airports, Instrument Landing Systems, and marker beacons to support Instrument Flight Rules (IFR) flight and approaches.

No ADF (Automatic Direction Finder) is available. Approaches at busy airports, such as Kennedy, Los Angeles International, and O'Hare, are not recommended without the use of this instrument. However, general approach techniques that do not require these instruments can be practiced at less congested airports. (The Flight Simulator allows you to land at busy airports without using ADF.)

**Try IFR flight and approaches:**

Many of the 81 airports in the Flight Simulator allow instrument approach. By tuning in to ATIS frequencies on the COM radio (see Charts 1 through 4 for frequencies for each airport), you can receive approach information, including approach-in-use, localizer frequency, etc. This combination of information is normally supplied by ATIS, approach control, the tower, and approach plates.

101

**Microsoft Flight Simulator**

If ATIS is not available at a particular airport, tune in to the tower by selecting the VOR frequency with your COM radio. This information scrolls across the top of the screen. If it moves too fast, enter the editor, move the arrow to the Communication Rate parameter, and reduce the speed by entering a smaller number.

A discussion of instrument approach techniques is beyond the scope of this manual. If you are not an instrument-rated pilot, you can find details of instrument approaches and flying in training manuals such as *Instrument Flying* by Richard L. Taylor.

102

RHNO0018554

# World War I Ace

WWI Ace is a three-dimensional battle game that lets you test your flying skills against those of your computer-controlled enemy. You will go on several bombing runs and engage in numerous dogfights with your enemy. Your goal is to down five enemy aircraft and to become a WWI Ace.

**To begin:**

Begin the game by entering the editor and setting the Europe 1917 parameter to "1," or enter "7" next to the User Mode parameter. Press Esc to reenter flight mode. Figure 29 shows the battleground. You are currently positioned on the runway of Friendly Base 1 (your main airbase). You are fueled, armed, and ready for takeoff.

*Friendly Base 1: Fuel and ammunition available*
*Friendly Base 2: Fuel only available*



**Figure 29.   WWI Ace Battleground**

103

**Microsoft Flight Simulator**

**To declare war:**  A truce is in effect and battle will not begin until you declare war by pressing the War key (Shift *W* on the PCjr, *W* on the PC).

The enemy occupies the territory west of the river. They have established two airbases, a fuel depot for each, and several factories. Six enemy fighters stand ready to protect the fuel depots and the factories. It is your duty to shoot down as many of the enemy fighters as possible and bomb the depots and factories.

To locate your targets, you will have to use the view selector (in conjunction with the keys on the control yoke). The downward view includes a bomb sight. The bomb sight helps direct you over

**To release bombs:**  your target so you have a better chance of scoring a hit. Pressing the *X* key on either the PCjr or PC releases one bomb.

To become an Ace, you must down at least five enemy aircraft. You can earn additional points for other actions.

| *Action* | *Points* |
|---|---|
| Downing an enemy aircraft | 1 |
| Bombing a factory | 20 |
| Destroying a fuel depot | 10 |

These extra points won't make you an Ace, but they will indicate your skill as a fighter. Your score is displayed on the attack radar screen.

**To request a War Report:**  The Report key (Shift R on the PCjr, R on the PC) causes the simulation to pause and displays the War Report that indicates your present status. Pressing the key again will return you to the game.

The enemy pilots have orders to intercept any invader. However, each pilot has different instructions for when to launch and when to return to base. The skills of your opponents vary. The Aces are proficient and score quickly. Their lesser-skilled compatriots are less likely to hit you.

The enemy flies a wide variety of fighter aircraft. Their fleet contains two planes that are fast and rugged, but equipped with unreliable guns; one plane that is fast and easily maneuvered; one that is a fair fighter, capable of medium range speed, maneuvered fairly easily, and equipped with average guns; and two super fighters. Be assured that the enemy Aces will be in the best planes.

Although World War I aircraft were not equipped with radar, when you play WWI Ace, radar is implemented to compensate for the viewing limitations of the three-dimensional screen.

104

RHNO0018556

**To use radar:**

The lower right corner of the instrument panel becomes your attack radar screen. The attack radar screen displays your score, as well as various messages about war occurrences. It also has a bomb indicator and an ammunition indicator, which display your current bomb and ammunition supply.

The small plane in the center of the radar screen shows your position and orientation. Enemy aircraft are represented by dots on the screen. These dots are color-coded to indicate their altitude.

| *Color* | *Meaning* |
|---------|-----------|
| Orange  | Enemy below you |
| White   | Enemy within 100 feet above/below you |
| Green   | Enemy above you |

| **Note** | If you have a black and white monitor, we recommend you rely on your out-the-window display to determine the position of the enemy. Though you will be able to distinguish planes within 100 feet above and below you (the bright dots on the radar screen), you will not be able to determine whether the dim dots represent planes far above you or planes far below you. |
|----------|---|

The radar has a radius of approximately 1 mile and displays the enemy positions when the forward view is selected.

When you play the WWI Ace game, the regular instrument panel is augmented with fighter aircraft instrumentation. The yoke, flap, rudder, and throttle controls perform the same functions they do in regular flight mode. In addition, the Space Bar or joystick push buttons control gun-fire, and the X key releases a bomb. As previously mentioned, the Report key displays the War Report and the War key commences action (begins the war). If you choose to use a joystick in the WWI Ace game, be sure to calibrate it before entering the game. If you need to recalibrate, exit the game temporarily to do so. Figures 30 and 31 show the battle mode flight controls for the PCjr and the PC.

**105**

**Microsoft Flight Simulator**



Figure 30.   WWI Ace Battle Mode Flight Controls for the PCjr

Note: For certain controls, press Shift and one of these keys:

| Shifted Key | Result |
| --- | --- |
| R | Displays war report |
| W | Declares war |

106

| Note | The Europe 1917 parameter must be set to 1 using the editor for these controls to take effect. |
| --- | --- |

RHNO0018558

**World War I Ace**



**Figure 31.   WWI Ace Battle Mode Flight Controls for the PC**

## When you're ready to start:

First, scout the enemy's territory. Decide where you want to be when the battle begins. (You do not have to be at your airbase to declare war. In fact, you will probably find it to your advantage to begin elsewhere.)

After you have declared war, you will have to watch the radar screen and look out the windshield for the approach of the enemy. Move as close to an enemy plane as possible and fire by repeatedly pressing the Space Bar or either joystick's push button. You have a better than average chance of hitting an enemy if the enemy is anywhere on the screen and within range of your gun. Your gun has excellent straight range, but poor side range. Consequently, you must be very close to a plane to hit it when it moves to the sides of the screen.

You, too, are open for attack. Although the enemy can and will shoot you down, every firing does not register a hit for them. Each enemy pilot's success will depend on his skill level. Every hit the enemy scores reduces the efficiency of your plane. If you are hit and your aircraft has been damaged (if it is acting strangely, losing fuel, or dropping oil pressure), return to base for repairs and refueling.

Refueling at Friendly Base 1 automatically replenishes your bomb supply. You can carry only five bombs at a time, so you can destroy a maximum of five targets (fuel depots and factories) per mission. Friendly Base 2 only has fuel, so any time you need more bombs you must return to Friendly Base 1.

Six enemy fighters patrol the skies above the enemy airbases. Their location varies from game to game and during the game. Damaged enemy planes are replaced while you refuel and repair your plane.

Now that you know the rules, declare war. Good luck!

**107**

RHNO0018559

108

RHNO0018560

# Reference

This section includes information about your plane. It also contains a diagram of the cockpit, airport maps, and a glossary.

109

RHNO0018561

Microsoft Flight Simulator

# Reference
# Figures and Charts

### The Standardized
### Instrument Cluster

1. Airspeed indicator (knots)
2. Attitude indicator (artificial horizon)
3. Altimeter
4. Turn coordinator with slip/skid indicator
5. Heading indicator (directional gyro)
6. Vertical speed (rate of climb indicator)

### Other Instruments
### and Indicators

7. Magnetic compass
8. Omni-Bearing Indicator with glideslope (NAV 1)
9. Omni-Bearing Indicator with glideslope (NAV 2)
10. Clock
11. Gear indicator
12. Lights indicator
13. Magnetos indicator
14. Carburetor heat indicator
15. Outer, Middle, and Inner marker lights
16. Left wing fuel tank gauge
17. Right wing fuel tank gauge
18. Oil temperature gauge
19. Oil pressure gauge
20. Tachometer

### Radios

21. NAV 1 radio
22. NAV 2 radio
23. DME
24. COM radio
25. Transponder

### Control Position Indicators

26. Aileron position indicator
27. Elevator position indicator
28. Rudder position indicator
29. Throttle position indicator
30. Elevator trim indicator
31. Flap position indicator
32. Mouse control of view select

110

RHNO0018562

**Flight Simulator Reference**



*Standardized instrument cluster*

**Reference Figure 1.  The Three-Dimensional Display and Instrument Panel**

111

RHNO0018563

112

RHNO0018564





Basic Aircraft Components

Note: For certain controls, press Shift and one of these keys:

| Shifted Key | Result |
|---|---|
| A | Sets the altimeter to the current barometric pressure |
| C | Sets the COM radio frequency |
| D | Sets the directional gyro heading indicator to the magnetic compass |
| G | Raises or lowers the landing gear |
| H | Toggles the carburetor heat on or off |
| L | Toggles the instrument and running lights on or off |
| M | Adjusts the magnetos |
| N | Sets the NAV radio frequency |
| T | Sets the transponder "squawk" |
| V | Sets the OBI to a VOR frequency |

Reference Figure 2. Complete Control Key Set for the PC jr.

113

RHNO0018566



Reference Figure 3.  Complete Control Key Set for the PC



Basic Aircraft Components

115

RHNO0018567

RHNO0018568

# Airport Directory

## NEW YORK AND BOSTON AREA

| CITY | AIRPORT | NORTH | EAST | ALT. | F (Fuel) | ILS (Rwy/Freq.) |
|------|---------|-------|------|------|----------|------------------|
| Block Island | Block Island State | 17352 | 21749 | 105 | * | |
| Boston | General Edward Lawrence | | | | | |
| | Logan Intl. | 17899 | 21853 | 20 | * | |
| Bridgeport | Igor I. Sikorsky Memorial | 17287 | 21249 | 10 | * | |
| Chester | Chester | 17404 | 21434 | 416 | | |
| Danbury | Danbury Muni | 17360 | 21120 | 457 | | |
| Danielson | Danielson | 17617 | 21607 | 239 | | |
| Farmingdale | Republic | 17089 | 21177 | 81 | | |
| Hartford | Hartford-Brainard | 17551 | 21371 | 19 | | |
| Islip | Long Island MacArthur | 17132 | 21278 | 99 | | |
| Martha's Vineyard | Martha's Vineyard | 17490 | 22043 | 68 | * | 24/108.7 |
| Meriden | Meriden Markham Muni | 17447 | 21327 | 102 | | |
| New Haven | Tweed-New Haven | 17339 | 21322 | 13 | | |
| New York | John F. Kennedy Intl. | 17034 | 21065 | 12 | * | |
| New York | LaGuardia | 17091 | 21026 | 22 | | |
| Oxford | Waterbury-Oxford | 17422 | 21229 | 727 | | |
| Southbridge | Southbridge Muni | 17733 | 21543 | 697 | | |
| White Plains | Westchester Co. | 17226 | 21065 | 439 | | |
| Willimantic | Windham | 17573 | 21521 | 246 | | |
| Windsor Locks | Bradley Intl. | 17638 | 21351 | 174 | | |

North and east coordinates are canted at +10° (clockwise) to compensate for orthogonal coordinate grid overlaid on Lambert conformal conic projection.

117

**Microsoft Flight Simulator**

## CHICAGO AREA

| CITY | AIRPORT | NORTH | EAST | ALT. | F (Fuel) | ILS (Rwy/Freq.) |
|------|---------|-------|------|------|----------|-----------------|
| Aurora | Aurora Muni | 17152 | 16393 | 706 | | |
| Bloomington | Bloomington-Normal | 16593 | 16246 | 875 | | |
| Champaign (Urbana) | University of Illinois Willard | 16400 | 16465 | 754 | * | 31/109.1 |
| Chicago | Chicago Midway | 17156 | 16628 | 619 | * | |
| Chicago | Chicago-O'Hare Intl. | 17243 | 16578 | 667 | * | |
| Chicago | Lansing Muni | 17049 | 16697 | 614 | | |
| Chicago | Merrill C. Meigs | 17189 | 16671 | 592 | * | |
| Chicago/Blue Island | Howel | 17100 | 16627 | 600 | | |
| Chicago/Schaumburg | Schaumburg Air Park | 17247 | 16515 | 795 | | |
| Chicago (West Chicago) | DuPage | 17213 | 16466 | 757 | | |
| Danville | Vermilion Co. | 16471 | 16685 | 695 | | |
| Dwight | Dwight | 16874 | 16404 | 630 | | |
| Frankfort | Frankfort | 17025 | 16596 | 775 | | |
| Gibson City | Gibson City Muni | 16594 | 16461 | 759 | | |
| Joliet | Joliet Park District | 17038 | 16490 | 582 | | |
| Kankakee | Greater Kankakee | 16846 | 16597 | 625 | * | |
| Monee | Sanger | 16980 | 16646 | 786 | | |
| Morris | Morris Muni | 17004 | 16413 | 588 | | |
| New Lenox | New Lenox-Howell | 17025 | 16571 | 745 | | |
| Paxton | Paxton | 16578 | 16507 | 780 | | |
| Plainfield | Clow Intl. | 17116 | 16502 | 670 | | |
| Romeoville | Lewis University | 17081 | 16518 | 672 | | |
| Urbana | Frasca Field | 16448 | 16482 | 735 | | |

North and east coordinates align with orthogonal coordinate grid
overlaid on Lambert conformal conic projection.

RHNO0018570

## SEATTLE AREA

| CITY | AIRPORT | NORTH | EAST | ALT. | F (Fuel) | ILS (Rwy/Freq.) |
|------|---------|-------|------|------|----------|------------------|
| Alderwood Manor | Martha Lake | 21502 | 6670 | 500 | | |
| Arlington | Arlington Muni | 21616 | 6737 | 137 | | |
| Auburn | Auburn Muni | 21290 | 6586 | 57 | | |
| Bremerton | Bremerton National | 21407 | 6470 | 481 | | |
| Everett | Snohomish Co. | 21525 | 6665 | 603 | * | 16/109.3 |
| Issaquah | Issaquah | 21362 | 6668 | 500 | * | |
| Monroe | Flying F. Ranch | 21481 | 6738 | 50 | | |
| Olympia | Olympia | 21218 | 6343 | 206 | * | |
| Puyallup | Pierce Co.-Thun Fld. | 21206 | 6534 | 530 | | |
| Port Angeles | William R. Fairchild Intl. | 21740 | 6375 | 288 | * | |
| Port Orchard | Port Orchard | 21373 | 6483 | 370 | | |
| Renton | Renton Muni | 21351 | 6612 | 29 | | |
| Seattle | Boeing Fld./King Co. Intl. | 21376 | 6596 | 17 | * | |
| Seattle | Seattle-Tacoma Intl. | 21343 | 6584 | 429 | * | |
| Shelton | Sanderson Fld. | 21353 | 6316 | 278 | | |
| Snohomish Co. (Paine Field) | see Everett | | | | | |
| Snohomish | Harvey Fld. | 21505 | 6711 | 16 | | |
| Spanaway | Shady Acres | 21201 | 6501 | 425 | | |
| Spanaway | Spanaway | 21215 | 6491 | 385 | | |
| Tacoma | Tacoma Narrows | 21300 | 6480 | 292 | | |

North and east coordinates are canted at $-21°$ (counter-clockwise) to compensate for orthogonal coordinate grid overlaid on Lambert conformal conic projection.

119

RHNO0018571

**Microsoft Flight Simulator**

## LOS ANGELES AREA

| CITY | AIRPORT | NORTH | EAST | ALT. | F (Fuel) | ILS (Rwy/Freq.) |
|------|---------|-------|------|------|----------|-----------------|
| Carlsbad | McClennan-Palomar | 14931 | 6112 | 328 | | |
| | Catalina (PVT) | 15149 | 5744 | 1602 | * | |
| Chino | Chino | 15319 | 6079 | 650 | | |
| Compton | Compton | 15334 | 5859 | 97 | | |
| Corona | Corona Muni | 15280 | 6083 | 533 | | |
| El Monte | El Monte | 15397 | 5952 | 296 | | |
| Fallbrook | Fallbrook Community Airpark | 15023 | 6144 | 708 | | |
| Hawthorne | Hawthorne Muni | 15358 | 5831 | 63 | | |
| Huntington Beach | Meadowlark | 15244 | 5911 | 28 | | |
| LaVerne | Brackett Fld. | 15378 | 6038 | 1011 | | |
| Los Angeles | Hughes (PVT) | 15386 | 5808 | 22 | * | |
| Los Angeles | Los Angeles Intl. | 15374 | 5805 | 126 | * | |
| Oceanside | Oceanside Muni | 14974 | 6095 | 28 | | |
| Ontario | Ontario Intl. | 15347 | 6099 | 952 | | |
| Riverside | Riverside Muni | 15288 | 6141 | 816 | | |
| San Diego | San Diego Intl.- Lindbergh Fld. | 14761 | 6102 | 15 | * | |
| Santa Ana | John Wayne Airport/ Orange County | 15211 | 5961 | 54 | * | |
| Santa Monica | Santa Monica Muni | 15402 | 5799 | 175 | * | |
| Torrance | Torrance Muni | 15308 | 5815 | 101 | | |
| Van Nuys | Van Nuys | 15498 | 5811 | 799 | * | 16R/111.3 |

North and east coordinates are canted at −19° (counter-clockwise) to compensate for orthogonal coordinate grid overlaid on Lambert conformal conic projection.

RHNO0018572

Flight Simulator Reference



121

RHNO0018573

Microsoft Flight Simulator



RHNO0018574

Flight Simulator Reference



**Chart 3. Seattle Area**

For use with the
Microsoft Flight Simulator

RHNO0018575

Microsoft Flight Simulator



RHNO0018576

**Flight Simulator Reference**

## Avalon



| Elevation | 1602 |
| --- | --- |
| Coordinates | N 15149 |
| | E 5744 |
| | A 1602 |
| CT | 122.7 |

3240 X 100

N

VAR 15° E

**F**

AIRPORT CHART
For use with the
Microsoft Flight Simulator

*Avalon, California*
**Catalina (AVX)**

## Block Island



N

VAR 13° W

| Elevation | 105 |
| --- | --- |
| Coordinates | N 17352 |
| | E 21749 |
| | A 105 |
| CT | 123.0 |

**F**

2500 X 100

10

28

125

AIRPORT CHART
For use with the
Microsoft Flight Simulator

**Block Island, Rhode Island**
**Block Island State**

RHNO0018577

**Microsoft Flight Simulator**

## Bridgeport



Elevation    10
Coordinates  N 17287
             E 21249
             A 10
CT           120.9

N
VAR 12° W

AIRPORT CHART
For use with the
Microsoft Flight Simulator

**Bridgeport, Connecticut
Igor I. Sikorsky Memorial  (BDR)**

## Boston



Elevation    20
Coordinates  N 17899
             E 21853
             A 20
CT           119.1

N
VAR 16° W

AIRPORT CHART
For use with the
Microsoft Flight Simulator

**Boston, Massachusetts
General Edward Lawrence Logan International (BOS)**

**126**

RHNO0018578

# Flight Simulator Reference

## Champaign-Urbana



AIRPORT CHART
For use with the
Microsoft Flight Simulator

**Champaign-Urbana, Illinois**
**University of Illinois-Willard(CMI)**

| Elevation | 754 |
| Coordinates | N 16400 |
| | E 16465 |
| | A 754 |
| ATIS | 124.85 |

127

RHNO0018579

**Microsoft Flight Simulator**

**Chicago**



| | | |
|---|---|---|
| Elevation | 619 | |
| Coordinates | N 17156 | |
| | E 16628 | |
| | A 619 | |
| ATIS | 128.05 | |

N

VAR 1° E

**AIRPORT CHART**
For use with the
Microsoft Flight Simulator

**Chicago, Illinois**
**Chicago-Midway Airport (MDW)**



| | | |
|---|---|---|
| Elevation | 667 | |
| Coordinates | N 17243 | |
| | E 16578 | |
| | A 667 | |
| ATIS | 135.15 | |

N

VAR 0°

**AIRPORT CHART**
For use with the
Microsoft Flight Simulator

**Chicago, Illinois**
**Chicago-O'Hare International Airport (ORD)**

128

RHNO0018580

**Flight Simulator Reference**

## Chicago



| Elevation | 592 |
| Coordinates | N 17189 |
| | E 16671 |
| | A 592 |
| CT | 121.3 |

Lake Michigan

3948 X 150

AIRPORT CHART
For use with the
Microsoft Flight Simulator

**Chicago, Illinois**
**Merrill C. Meigs (CGX)**

129

RHNO0018581

**Microsoft Flight Simulator**

**Everett**



**AIRPORT CHART**
For use with the
Microsoft Flight Simulator

**Everett, Washington**
**Snohomish County Airport (Paine Field)**

**150**

RHNO0018582

**Flight Simulator Reference**

## Kankakee



| Elevation | 625 |
| Coordinates | N 16846 |
| | E 16597 |
| | A 625 |
| CT | 123.0 |

AIRPORT CHART
For use with the
Microsoft Flight Simulator

**Kankakee, Illinois**
**Greater Kankakee (IKK)**

## Los Angeles



| Elevation | 126 |
| Coordinates | N 15374 |
| | E 5805 |
| | A 126 |
| ATIS | 133.8 |

AIRPORT CHART
For use with the
Microsoft Flight Simulator

**Los Angeles, California**
**Los Angeles International Airport (LAX)**

**131**

RHNO0018583

## Microsoft Flight Simulator

## Martha's Vineyard



**AIRPORT CHART**
For use with the
Microsoft Flight Simulator

**Martha's Vineyard, Massachusetts
Martha's Vineyard (MVY)**

RHNO0018584

**Flight Simulator Reference**

## New York



Elevation      12
Coordinates    N 17034
               E 21065
               A 12
CT             119.1

AIRPORT CHART
For use with the
Microsoft Flight Simulator

New York, New York
John F. Kennedy International Airport (JFK)

## Olympia



Elevation      206
Coordinates    N 21218
               E 6343
               A 206
CT             124.4

AIRPORT CHART
For use with the
Microsoft Flight Simulator

Olympia, Washington
Olympia (OLM)

133

RHNO0018585

**Microsoft Flight Simulator**

## Port Angeles



AIRPORT CHART
For use with the
Microsoft Flight Simulator

Port Angeles, Washington
William R. Fairchild International (CLM)

## San Diego



AIRPORT CHART
For use with the
Microsoft Flight Simulator

San Diego, California
San Diego International-Lindbergh Field (SAN)

134

RHNO0018586

**Flight Simulator Reference**

## Santa Ana



Elevation        54
Coordinates    N 15211
                       E 5961
                       A 54

ATIS              126.0

AIRPORT CHART
For use with the
Microsoft Flight Simulator

Santa Ana, California
**John Wayne Airport-Orange County Airport**

## Santa Monica



Elevation        175
Coordinates    N 15402
                       E 5799
                       A 175

ATIS              119.15

AIRPORT CHART
For use with the
Microsoft Flight Simulator

Santa Monica, California
**Santa Monica Municipal Airport (SMO)**

135

RHNO0018587

**Microsoft Flight Simulator**

## Seattle



| Elevation | 17 |
| Coordinates | N 21376 E 6596 A 17 |
| ATIS | 127.75 |

AIRPORT CHART
For use with the
Microsoft Flight Simulator

**Seattle, Washington**
**Boeing Field/King County International (BFI)**



| Elevation | 429 |
| Coordinates | N 21343 E 6584 A 429 |
| ATIS | 118.0 |

AIRPORT CHART
For use with the
Microsoft Flight Simulator

**Seattle, Washington**
**Seattle-Tacoma International (SEA)**

136

RHNO0018588

**Flight Simulator Reference**

## Van Nuys



AIRPORT CHART
For use with the
Microsoft Flight Simulator

Van Nuys, California
Van Nuys (VNY)

137

RHNO0018589

Microsoft Flight Simulator

# Appendix:
# Performance Specs

### Flight Simulator Performance Specs

| | |
|---|---|
| Length | 28 ft. |
| Height | 9 ft. 3 in. |
| Wingspan | 36 ft. |
| Wing Area | 174 sq. ft. |
| Maximum Takeoff Weight | 3100 lb. |
| Empty Weight | 1752 lb. |
| Maximum Useful Load | 1360 lb. |
| Maximum Landing Weight | 3100 lb. |
| Wing Loading | 17.8 lb. per sq. ft. |
| Power Loading | 13.2 lb. per hp |
| Maximum Usable Fuel | 88 gal. (526 lb.) |
| Maximum Rate of Climb at Sea Level | 1050 ft. per min. |
| Maximum Rate of Climb at 8000 ft. | 455 ft. per min. |
| Service Ceiling | 14900 ft. |
| Maximum Speed | 146 knots |
| Cruise, 65% Power at 8000 ft. | 133 knots |
| Endurance at 65% Power | 7.5 hr. |
| Stall Speed Clean | 54 knots |
| Stall Speed Flaps Down | 49 knots |
| Turbulent Air Penetration Speed | 110 knots |
| Landing Gear | Retractable tricycle, steerable nose-wheel |

138

RHNO0018590

# Glossary*

| | |
|---|---|
| **Active runway** | Most large airports have more than one runway. It is usually impractical to have takeoffs and landings from more than one of them at a time (they usually cross each other so that the airport can handle planes taking off and landing under varying wind conditions). Therefore, the runway that is being used is called the "active runway." |
| **Ailerons** | The control surfaces on the outside trailing edge of the wings that control *roll*. |
| **ATC** | Air Traffic Control. The ground-based radio network consisting of Ground Control (controls taxiing to and from the *active runway*), Tower (controls the runway itself, giving permission to land and take off), Departure (controls the *airspace* immediately surrounding the airfield), Center (controls the airspace at higher altitudes), and Approach (controls those aircraft arriving into the airspace immediately surrounding the airfield). |
| **Airfoil** | A general term describing the wings, *vertical stabilizer*, *horizontal stabilizer*, etc. Engineers use the term to describe the special shape that produces lift. |
| **Airspace** | Roughly, the air around a given area. For example, the air around the United States is called "United States' airspace." |
| **Airspeed indicator** | The indicator that provides the aircraft's present indicated airspeed. See also *ground speed* and *true airspeed*. |

139

* Terms printed in italics in the Glossary are defined elsewhere in the Glossary.

RHNO0018591

**Microsoft Flight Simulator**

| | |
|---|---|
| **Altimeter** | The indicator that gives information on the aircraft's present altitude. Usually calibrated to give Mean Sea Level (MSL) altitude. Most altimeters are called pressure altimeters because they measure the decrease in pressure as the aircraft climbs. It is due to this fact that the altimeter must be calibrated to the local *atmospheric pressure* to compensate for local variations in the pressure which would otherwise make the readings inaccurate. |
| **Angle of attack** | The angle between the wing's *chord* line and the relative wind. |
| **Artificial horizon** | The indicator that provides an in-the-cockpit reference for the attitude of the aircraft with respect to the ground. Used to provide attitude references in circumstances where the true horizon cannot be seen (e.g., flying into a cloud). |
| **Atmospheric pressure** | The pressure exerted by the air on the earth and everything on it. This is measured in inches (or millibars) of mercury on an instrument called a barometer. Thus, the term *barometric pressure* is frequently interchanged with atmospheric pressure. Typically, the pressure is between 28 and 32 inches of mercury at sea level. |
| **Auto-coordinated** | The term which describes the interconnection between the *rudder* and *ailerons* that automatically moves one as the pilot moves the other, resulting in properly coordinated turns (no *slips* or *skids*). |
| **ATIS** | Automatic Terminal Information Service. A continuous-loop recording played over a specified frequency giving weather and other important information on a given airfield. Usually updated once an hour. It is referred to by air traffic controllers by the *phonetic alphabet*. |
| **Bank** | See *roll*. |
| **Barometric pressure** | See *atmospheric pressure*. |
| **Bleed off** | The process where a given parameter (such as airspeed or altitude) is slowly decreased in a carefully controlled manner. |

140

**Flight Simulator Reference**

| | |
|---|---|
| **Canted gyroscope** | A gyroscope within a flight instrument (usually the turn coordinator) with a rotational axis that is tilted or canted with relation to the aircraft's *longitudinal axis*. The tilted axis causes the gyro to respond to *rolling* or *yawing* motion. |
| **Ceiling** | The altitude of the base of the cloud cover. |
| **Chord** | The measurement of the wing taken from the leading edge to the trailing edge. |
| **COM** | Short for communications. Usually taken to mean the communications radio. |
| **COM-NAV or NAV-COM** | A radio that combines the functions of a communications radio with those of a navigational radio. |
| **Control yoke** | The control wheel and connections that control the *ailerons* and *elevator*. The ailerons are controlled by turning a "steering wheel," and the elevator is controlled by pushing the wheel toward or away from you. |
| **Correction card** | A card mounted near a magnetic compass that lists amounts of deviation to be expected between *magnetic* and indicated *headings*. |
| **Density altitude** | The altitude in the standard atmosphere (surface temperature 59° F and pressure 29.92 inches at sea level) where air has the same density as the air at the altitude being considered. |
| **Dihedral** | The angle (if any) that the wings are tilted upward. Upward dihedral, which forms a slight "V" shape as you look at an aircraft's front view, increases stability and tends to automatically level a plane after a turn. |
| **Directional gyro** | See *heading indicator*. |
| **Distance Measuring Equipment (DME)** | A radio that determines and displays distance from a VOR in nautical miles. |
| **Drag** | Those forces that oppose the movement of an aircraft through the air. |

141

RHNO0018593

**Microsoft Flight Simulator**

| | |
|---|---|
| **Elevators** | The control surfaces on the trailing edge of the *horizontal stabilizer* that control the aircraft's *pitch*. When the elevators are down (the yoke is pushed forward), the stabilizer is pushed up by the air. This forces the nose down and causes the aircraft to dive. The opposite is true for climbs. |
| **FAA** | The Federal Aviation Administration. The agency (under the direction of the Department of Transportation) charged with maintaining safe and efficient use of the nation's *airspace* by military and civil aviators, for fostering civil aeronautics and air commerce in the U.S. and abroad, and for supporting the requirements of national defense. |
| **Flaps** | Movable *airfoil* sections, located on the trailing edge of the wings, that are lowered on takeoff and landing to increase the wings' lift and *drag*. |
| **Flare** | The last segment of a landing approach. It is the act of leveling off a foot or two above the runway prior to landing by raising the nose of the aircraft just prior to touchdown. |
| **Glideslope** | A navigation aid used on ILS approaches in the terminal area electronic navigation system that provides vertical guidance to aircraft as they approach the runway for landing. |
| **Ground speed** | The aircraft's actual speed relative to the ground. For example, if an aircraft is flying at 120 knots *true airspeed* and has a 15-knot headwind, its ground speed is 105 knots. |
| **Heading** | The direction that the aircraft is pointed. This is not necessarily the direction the plane is traveling. It is usually referred to as a magnetic heading, but "degrees" is typically omitted by experienced pilots ("My heading is 324"). |
| **Heading indicator (directional gyro)** | A gyroscopically controlled compass that is designed to give *heading* information based on the forces acting upon a gyroscope, rather than any actual *magnetic* reading. It is used to provide a more accurate readout of heading without having to deal with magnetic compass lag and "settling time" after turns and climbs. |

142

RHNO0018594

**Flight Simulator Reference**

| | |
|---|---|
| **Horizontal stabilizer** | The surface that is used to provide stabilization along the aircraft's lateral axis (helps to control *pitch*). Usually thought of as part of the airplane's "tail." |
| **Instrument Flight Rules (IFR)** | The "rules of the road" that cover flight in *Instrument Meteorological Conditions (IMC)*. |
| **Instrument Landing System (ILS)** | A system of radio transmitters and receivers and special flight rules that provide a three-dimensional in-the-cockpit reference for landing. The radio signals consist of a localizer, which is very similar to a *VOR*, except that it only transmits a single very directional signal that will lead you to a specific runway at an airport on the correct *heading*; the *glideslope*, which does much the same, except that it does so in the vertical, thereby assuring that touchdown will be on the runway, and not before or after; outer, middle, and inner marker beacons that indicate distance from the runway; and approach lights. The instruments used are the glideslope needle and the localizer needle. These instruments are part of the *Omni-Bearing Indicator*. |
| **Instrument Meteoro-logical Conditions (IMC)** | The weather conditions that force flight under *Instrument Flight Rules*. |
| **Isogonic lines** | Lines of equal *magnetic variation* of true north from magnetic north due to the different locations of the true and magnetic poles of the earth. |
| **Knots** | Nautical miles per hour. A "nautical mile" is described as 1 minute of longitude at the equator, or 1.15 "statute miles." To convert from knots to statute miles per hour, multiply knots by 1.1507. To convert the other way, multiply statute mph times .869. |
| **Landing gear** | The wheels, struts, etc. that the aircraft uses to land and maneuver on the ground. Landing gear typically come in one of two variations: "tail dragger," in which the aircraft seems to sit on its tail; and "tricycle," in which the plane sits level with the ground with one nose-wheel and two wheels farther back on the plane. The main landing gear are those nearest the aircraft's center of gravity, and almost always come in pairs (left and right main gear). They are designed to take more landing shock than the more fragile nose-wheel or tail-wheel. |

143

RHNO0018595

**Microsoft Flight Simulator**

| | |
|---|---|
| **Longitudinal axis** | The imaginary axis running from front to rear through an aircraft's center of gravity and approximately parallel to the thrust line (the propeller's axis). |
| **Magnetic** | Refers to the reading on a magnetic compass. |
| **Magnetic variation** | The variation angle between "true north" and "magnetic north." This varies from location to location and must be taken into account for long-range navigation. |
| **Magneto** | A device that combines the functions of an automobile engine's coil and distributor. It takes energy from the aircraft engine in the form of rotational energy and, by use of magnetics and induced electricity, creates the high voltages required for the spark plugs. |
| **Manually coordinated** | The mode of flight in which the pilot coordinates the *ailerons* and *rudder* (see *auto-coordinated*). |
| **NAV** | Short for Navigational. Usually taken to mean the navigational radio. |
| **Omni-Bearing Indicator (OBI)** | The indicator that provides information about the aircraft's position relative to the presently tuned *VOR* station. Usually provides the ability to "dial in" or select a given course or radial, a TO-FROM indicator, and a Course Deviation Indicator (CDI). On aircraft with *ILS* capabilities, a Glideslope Deviation Indicator (GDI) is also incorporated in this instrument. There is no official name for this instrument. It is sometimes referred to as the Omni-Bearing Selector (OBS) or VOR receiver and indicator. |

RHNO0018596

**Flight Simulator Reference**

| **Phonetic alphabet** | A special way of saying letters and numbers that makes them less likely to be misunderstood when they are transmitted over radios. |
|---|---|

| A | ALPHA | N | NOVEMBER | 1 | WUN |
|---|---|---|---|---|---|
| B | BRAVO | O | OSCAR | 2 | TOO |
| C | CHARLEY | P | PAPA | 3 | TREE |
| D | DELTA | Q | QUEBEC | 4 | FOWER |
| E | ECHO | R | ROMEO | 5 | FIVE |
| F | FOXTROT | S | SIERRA | 6 | SIX |
| G | GOLF | T | TANGO | 7 | SEVEN |
| H | HOTEL | U | UNIFORM | 8 | AIGHT |
| I | INDIA | V | VICTOR | 9 | NINER |
| J | JULIET | W | WHISKEY | 0 | ZEEROH |
| K | KILO | X | XRAY | | |
| L | LIMA | Y | YANKEE | | |
| M | MIKE | Z | ZULU | | |

In addition, numbers are usually spoken as individual digits. For example, 123 would be read as "wun too tree."

| **Pitch** | The movement of the aircraft about its lateral axis (nose up or nose down). If the nose is pointed down, we say it is "pitched forward," and when it is pointed up, we say it is "pitched backwards." |
|---|---|

| **Power glide** | A long, shallow approach in which engine power is used to maintain the glide. Power glides should be avoided when they are not required to maintain *IFR* approach angles because engine failure can cause you to land short of the runway. |
|---|---|

| **Radio stack** | The area where the *COM*, *NAV*, and *transponder* radios are installed in the instrument panel. They are usually installed "on top of one another" as though they were stacked. |
|---|---|

**145**

**Microsoft Flight Simulator**

| | |
|---|---|
| **Rate of climb** | The rate (measured in feet per minute) at which an aircraft is climbing. The term is also loosely stretched to include the rate of descent. The rate of climb is read on the *rate of climb indicator*. If an aircraft is at 1000 feet and is climbing at 500 feet per minute, then in 1 minute it will be at 1500 feet. |
| **Rate of climb indicator** | The indicator that gives information on the rate of increase and decrease of an aircraft's altitude. Also known as a "Vertical Speed Indicator" (VSI) or "Vertical Velocity Indicator" (VVI). |
| **Roll** | Those actions taking place about the aircraft's *longitudinal* (or roll) *axis*. |
| **Rudder** | The control surface, mounted on the trailing edge of the *vertical stabilizer* (the tail), that controls *yaw*. |
| **Running lights** | The anti-collision light system that is required by the *FAA* on an aircraft in flight. The system includes flashing or rotating beacon position lights (a red light on the left wingtip, a green on the right, and a white on the tail). These tell another aircraft which direction an aircraft is flying when only the lights can be seen. |
| **Skid** | An aircraft's sideways sliding away from the center of the curve while in a turn. |
| **Slip** | An aircraft's sideways motion while turning. |
| **Standardized instrument cluster** | An industry-accepted de facto standard for the placement of the six most commonly used flight instruments. The top row includes (from left to right): the *airspeed indicator,* attitude indicator, and *altimeter.* The bottom row includes (from left to right): the turn coordinator (or needle/ball), *heading indicator,* and *rate of climb indicator.* |
| **Tachometer** | The instrument that gives information concerning the speed of rotation of the engine. It is marked in rotations per minute (RPM). |
| **Taxi** | The action of moving the aircraft on the ground. |
| **Throttle** | The control that determines the speed of the engine. |

146

| | |
|---|---|
| **Transponder** | An airborne radio beacon transceiver that receives interrogation signals from *ATC* and selectively replies with a preset identification code (a "squawk code") set by the pilot. The squawk code is received by ATC and identifies and appears next to the aircraft on ATC radar. |
| **Trim** | The smaller control surfaces that affect the *elevators* in such a way as to make it less necessary to continually hold force on the yoke to maintain straight and level flight. Large aircraft also have *aileron* and *rudder* trim. |
| **True airspeed** | The actual speed of an aircraft through the air after compensating for *density altitude*. |
| **Vertical stabilizer** | The surface of the aircraft that is used to help control motion about the aircraft's vertical or *yaw* axis. |
| **VOR** | Short for Very high frequency Omnidirectional Range. This is a ground-based radio transmitter that provides positive guidance on pilot-selected *magnetic* course "radials" or straight lines. It is used in conjunction with the *NAV* radio and the VOR indicator. See the text for a discussion of its use. |
| **Visual Flight Rules (VFR)** | The "rules of the road" that cover flight in those conditions wherein flight can be safely controlled by "looking out the window." |
| **Yaw** | The rotation about the aircraft's vertical or yaw axis. |

147

RHNO0018599

**Microsoft Flight Simulator**

# Index

Active runway, 71
Aileron position indicator, 18
Ailerons for the PCjr, 18, 20, 22
Ailerons for the PC, 18, 42, 44
Air traffic control (ATC),
    17, 32
Aircraft controls for the PCjr
    primary flight controls, 19-25
    secondary flight controls,
        27-33
    simulation controls, 25-27
Aircraft controls for the PC
    primary flight controls, 41-46
    secondary flight controls,
        49-55
    simulation controls, 47-49
Airspeed indicator, 14, 69
Altimeter for the PCjr,
    14, 32, 70
Altimeter for the PC, 14, 54, 70
Artificial horizon, 14
Atmospheric pressure, 14
Attitude indicator
    see Artificial horizon
Auto-coordinated flight mode,
    15, 22, 44, 66, 87
Automatic Terminal Information
    Service (ATIS), 13, 32, 86,
    88, 101-102

Backing up Flight Simulator, 10
Backing with the PCjr,
    14, 22, 70
Backing with the PC,
    14, 42, 44, 70, 89
Barometric Pressure, 14
Beacons, 86
Brakes for the PCjr, 33
Brakes for the PC, 55

Carburetor heat for the PCjr,
    16, 30
Carburetor heat for the PC,
    16, 51

Climbing, 69
Clock, 16, 75
Clouds, 75, 90
COM radio for the PCjr,
    17, 32
COM radio for the PC,
    17, 54
Communications radio
    see COM radio
Compass, 16, 33
Control position indicators, 18
Control yoke for the PCjr,
    6, 19-20, 23, 64, 78
Control yoke for the PC,
    41-42, 44-45, 64, 78
Coordinates, 77, 89
Coordinated turns,
    see Auto-coordinated
        flight mode
Course deviation indicator, 82
Course selector, 82
Crashes, 67

Density altitude, 74
Directional gyro
    see Heading indicator
Distance Measuring Equipment
    (DME), 17, 85
Drag, 27, 49

Easy flight mode, 2
    see also Auto-coordinated
        flight mode
Editor, 73, 77, 78, 87
Elevator position indicator, 18
Elevator trim for the PCjr,
    18, 29
Elevator trim for the PC,
    18, 50-51
Elevator trim indicator, 18, 29
Elevators for the PCjr, 18, 21, 23
Elevators for the PC, 18, 43, 45
Environment, 74-76, 90-91

Flap position indicator, 18
Flaps for the PCjr, 27-28
Flaps for the PC, 49-50
Flare, 71
Flight controls
    see Aircraft controls
Fuel tank gauges, 16, 77

Gear indicator, 16
Glideslope, 16, 81, 86

Heading, 15, 70, 89
Heading indicator for the PCjr,
    33, 68
Heading indicator for the PC,
    54, 68
Horizontal stabilizer for
    the PCjr, 21
Horizontal stabilizer for
    the PC, 43

Instrument Flight Rules (IFR),
    13, 101
Instrument Landing System
    (ILS), 15, 81, 86
Instruments
    see individual instrument or
        radio, e.g., Airspeed
        indicator or NAV

Joysticks for the PCjr, 34-37
Joysticks for the PC, 56-59

Keyboard techniques, 33-34, 55

Landing, 27-28, 49-50, 71-72
Landing gear for the PCjr, 33, 71
Landing gear for the PC, 54, 71
Lights for the PCjr, 16, 30
Lights for the PC, 16, 52
Loading Flight Simulator, 8

148

RHNO0018600

**Flight Simulator Reference**

Magnetic variation
    *see* Compass
Magnetos for the PCjr, 16, 30
Magnetos for the PC, 16, 52
Manually coordinated
    flight mode
    *see* Uncoordinated
    flight mode
Modes, 8, 73, 87-97
Mouse for the PCjr, 38-40
Mouse for the PC, 60-62

NAV radio for the PCjr,
    17, 31, 81-85
NAV radio for the PC,
    17, 52-53, 81-85

Oil pressure gauge, 16
Oil temperature gauge, 16
Omni-Bearing Indicator (OBI)
    for the PCjr, 16, 31-32,
    81-85
Omni-Bearing Indicator (OBI)
    for the PC, 16, 53, 81-85

Pause key for the PCjr, 27
Pause key for the PC, 49
Pitch, 14, 21, 23, 43, 45, 89
Power glide, 71
Primary flight controls
    *see* Aircraft controls

Radar for the PCjr, 27, 66
Radar for the PC, 49, 66
Radio
    *see* COM radio, NAV radio,
    or Transponder
Radio stack, 13

Rate of climb, 15
Reality flight mode, 2, 88
Recall key, 64
Refueling and servicing, 72
Roll
    *see* Banking
Rudder for the PCjr,
    18, 22-24, 72
Rudder for the PC,
    18, 44-45, 72

Sea level, 14
Seasons, 74, 90
Secondary aircraft controls
    *see* Aircraft controls
Servicing
    *see* Refueling and servicing
Shear altitude, 76
Shift key on the PCjr, 5
Simulation Controls
    *see* Aircraft controls
Skid, 100
Slewing, 77-80, 88
Slip, 99
Sound, 87
Stall, 72
Standardized instrument
    cluster, 14
System requirements, 7

Tachometer, 16
Takeoff, 68-69
Taxiing, 23, 67
Throttle for the PCjr, 18,
    24-25, 68
Throttle for the PC,
    18, 46, 68
Time of Day, 75, 90

To-From indicator, 82-84
Transponder for the PCjr,
    17, 32
Transponder for the PC,
    17, 54
Trim
    *see* Elevator trim
Turbulence, 76
Turn coordinator, 15

Uncoordinated flight mode,
    66, 98-100

Vertical stabilizer for
    the PCjr, 22
Vertical stabilizer for
    the PC, 44
Vertical velocity indicator
    *see* Rate of climb
Very high frequency Omni-
    directional Range (VOR),
    31, 52-53, 81-85
View selector for the PCjr,
    26-27
View selector for the PC,
    47-49
Visual Flight Rules (VFR),
    13, 26, 47, 65

Winds, 76, 91
World War I Ace
    (WWI Ace), 73, 88,
    103-107

Yaw with the PCjr, 23, 70
Yaw with the PC, 45, 70
Yoke
    *see* Control yoke

149

RHNO0018602

# MICROSOFT®

10700 Northup Way, Bellevue, WA 98004

Software
Problem Report

Name _____

Street _____

City _____ State _____ Zip _____

Phone _____ _____ Date _____

## Instructions

Use this form to report software bugs, documentation errors, or suggested enhancements.
Mail the form to Microsoft.

## Category

_____ Software Problem          _____ Documentation Problem
                                            (Document # _____)

_____ Software Enhancement      _____ Other

## Software Description

**Microsoft Product** _____

    Rev. _____ Registration # _____

**Operating System** _____

    Rev. _____ Supplier _____

**Other Software Used** _____

    Rev. _____ Supplier _____

## Hardware Description

**Manufacturer** _____ CPU _____ Memory _____ KB

Disk Size _____" Density:          Sides:

        Single _____  Single _____

        Double _____  Double _____

**Peripherals** _____

RHNO0018603

## Problem Description

Describe the problem. (Also describe how to reproduce it, and your diagnosis and suggested correction.) Attach a listing if available.

**Microsoft Use Only**

Tech Support _____     Date Received _____

Routing Code _____     Date Resolved _____

Report Number _____

Action Taken:

RHNO0018604

# Microsoft® License Agreement

CAREFULLY READ ALL THE TERMS AND CONDITIONS OF THIS AGREEMENT PRIOR TO BREAKING THE DISK SEAL. BREAKING THE DISK SEAL INDICATES YOUR ACCEPTANCE OF THESE TERMS AND CONDITIONS.

If you do not agree to these terms and conditions, return the unopened disk package and the other components of this product to the place of purchase and your money will be refunded. No refunds will be given for products which have opened disk packages or missing components.

1. LICENSE: You have the non-exclusive right to use the enclosed program. This program can only be used on a single computer. You may physically transfer the program from one computer to another provided that the program is used on only one computer at a time. You may not electronically transfer the program from one computer to another over a network. You may not distribute copies of the program or documentation to others. You may not modify or translate the program or related documentation without the prior written consent of Microsoft.

YOU MAY NOT USE, COPY, MODIFY, OR TRANSFER THE PROGRAM OR DOCUMENTATION, OR ANY COPY EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT.

2. BACK-UP AND TRANSFER: You may make one (1) copy of the program solely for back-up purposes. You must reproduce and include the copyright notice on the back-up copy. You may transfer and license the product to another party if the other party agrees to the terms and conditions of this Agreement and completes and returns a Registration Card to Microsoft. If you transfer the program you must at the same time transfer the documentation and back-up copy or transfer the documentation and destroy the back-up copy.

3. COPYRIGHT: The program and its related documentation are copyrighted. You may not copy the program or its documentation except as for back-up purposes and to load the program into the computer as part of executing the program. All other copies of the program and its documentation are in violation of this Agreement.

4. TERM: This license is effective until terminated. You may terminate it by destroying the program and documentation and all copies thereof. This license will also terminate if you fail to comply with any term or condition of this Agreement. You agree upon such termination to destroy all copies of the program and documentation.

5. HARDWARE COMPONENTS: Microsoft product hardware components only include circuit cards and the mechanical mouse.

6. LIMITED WARRANTY: THE PROGRAM IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. THE ENTIRE RISK AS TO THE RESULTS AND PERFORMANCE OF THE PROGRAM IS ASSUMED BY YOU. SHOULD THE PROGRAM PROVE DEFECTIVE, YOU (AND NOT MICROSOFT OR ITS DEALERS) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION. FURTHER, MICROSOFT DOES NOT WARRANT, GUARANTEE OR MAKE ANY REPRESENTATIONS REGARDING THE USE OF, OR THE RESULTS OF THE USE OF, THE PROGRAM IN TERMS OF CORRECTNESS, ACCURACY, RELIABILITY, CURRENTNESS, OR OTHERWISE; AND YOU RELY ON THE PROGRAM AND RESULTS SOLELY AT YOUR OWN RISK.

Microsoft does warrant to the original licensee that the disk(s) on which the program is recorded be free from defects in materials and workmanship under normal use and service for a period of ninety (90) days from the date of delivery as evidenced by a copy of your receipt. Microsoft warrants to the original licensee that the hardware components included in this package are free from defects in materials and workmanship for a period of one year from the date of delivery to you as evidenced by a copy of your receipt. Microsoft's entire liability and your exclusive remedy shall be replacement of the disk or hardware component not meeting Microsoft's limited warranty and which is returned to Microsoft with a copy of your receipt. If failure of the disk or hardware component has resulted from accident, abuse or misapplication of the product, then Microsoft shall have no responsibility to replace the disk or hardware component under this Limited Warranty. In the event of replacement of the hardware component the replacement will be warranted for the remainder of the original one (1) year period or 30 days, whichever is longer.

THE ABOVE IS THE ONLY WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE THAT IS MADE BY MICROSOFT ON THIS MICROSOFT PRODUCT. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

NEITHER MICROSOFT NOR ANYONE ELSE WHO HAS BEEN INVOLVED IN THE CREATION, PRODUCTION, OR DELIVERY OF THIS PROGRAM SHALL BE LIABLE FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL, OR INCIDENTAL DAMAGES ARISING OUT OF THE USE, THE RESULTS OF USE, OR INABILITY TO USE SUCH PRODUCT EVEN IF MICROSOFT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR CLAIM. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

7. UPDATE POLICY: In order to be able to obtain updates of the program, the licensee and persons to whom the program is transferred in accordance with this Agreement must complete and return the attached Registration Card to Microsoft. IF THIS REGISTRATION CARD HAS NOT BEEN RECEIVED BY MICROSOFT, MICROSOFT IS UNDER NO OBLIGATION TO MAKE AVAILABLE TO YOU ANY UPDATES EVEN THOUGH YOU HAVE MADE PAYMENT OF THE APPLICABLE UPDATE FEE

8. MISC.: This license agreement shall be governed by the laws of the State of Washington and shall inure to the benefit of Microsoft Corporation, its successors, administrators, heirs and assigns.

9. ACKNOWLEDGEMENT: YOU ACKNOWLEDGE THAT YOU HAVE READ THIS AGREEMENT, UNDERSTAND IT, AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS. YOU ALSO AGREE THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF AGREEMENT BETWEEN THE PARTIES AND SUPERCEDES ALL PROPOSALS OR PRIOR AGREEMENTS, VERBAL OR WRITTEN, AND ANY OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER OF THIS AGREEMENT.

Should you have any questions concerning this Agreement, please contact in writing Microsoft, Customer Sales and Service, 10700 Northup Way, Bellevue, WA 98004.



MICROSOFT®

Microsoft Corporation
10700 Northup Way
Box 97200
Bellevue, WA 98009

Part No. 030-000-004

RHNO0018606