IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and<br>TECHNOLOGY LICENSING CORP.,<br><br>               Plaintiffs,<br><br>    v.<br><br>RED HAT, INC. and<br>NOVELL, INC.<br><br>               Defendants. | Civil Action No. 2:07-cv-447 (RRR)<br>Jury Trial Demanded |

**ORDER GRANTING-IN-PART AND DENYING-IN-PART PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN ALLEGED REFERENCES AND COMBINATIONS OF ALLEGED REFERENCES**

BEFORE THE COURT is Plaintiffs' Motion *In Limine* To Exclude Certain Alleged References And Combinations Of Alleged References (Dkt. No. 161). Having reviewed the Motion and Defendants' Response thereto, the Court finds that: (1) Defendants agree not to introduce at trial the documents listed in Exhibit P of Defendants' Invalidity Contentions to the extent that these documents are not cited in Defendants' Invalidity Contentions claim charts or in the Expert Report of David A. Wilson; (2) with respect to obviousness combinations, and all other issues for which expert testimony may be proffered, expert testimony will be limited to the opinions set forth in the respective expert reports; and (3) Plaintiffs' Motion is **DENIED** in all other respects.