Statistics - FedoraProject

**Fedora**
in fedora
freedom¹ friends¹ features¹ first¹

wiki
· Fedora Project Wiki
· News
· Events
· Features
· Recent changes
· Random page
· Help
Navigation
· Home
· Get Fedora
· Join Fedora
sub-projects
· Ambassadors
· Artwork
· Bug Zappers
· Documentation
· EPEL
· Infrastructure
· Internationalization
· Localization
· Marketing
· Package Maintainers
· Websites
· Weekly News
· All projects
Search

Toolbox
· What links here
· Related changes
· Special pages
· Printable version
· Permanent link

**Page** Discussion
Statistics Source
History

This page contains a variety of statistics about Fedora's usage. The Fedora Project believes that metrics are an important tool.

## Contents [hide]

· 1 Who uses Fedora?
· 2 Fedora 12 (Constantine)
  ○ 2.1 Yum Data
    ▪ 2.1.1 Current release connections
    ▪ 2.1.2 Total repository connections
  ○ 2.2 Accuracy of metrics
· 3 Smolt Data
· 4 BitTorrent
· 5 Direct Download
· 6 fedoraproject.org unique visitors
· 7 Edits to Fedora wiki
· 8 Contributors
  ○ 8.1 Ambassadors
  ○ 8.2 Translators
· 9 Maps
· 10 Charts
· 11 Legacy Statistics
· 12 Commands

## Who uses Fedora?

Lots of different people. Millions, in fact -- many millions! You can see some notable examples on the Overview page.

## Fedora 12 (Constantine)

Constantine unified starting on 2009-11-17.

**Yum Data**

**Current release connections**

Connections to yum

**2:07-cv-447(RRR)**
# PX  283

| Week | Dates | New Unique IPs | Total Unique IPs | Total compared to Leonidas |
|---|---|---|---|---|
| Week 1 | 2009-11-17 -- 2009-11-23 | 91,620 | 91,620 | 87% |
| Week 2 | 2009-11-24 -- 2009-11-30 | 88,238 | 179,858 | 92% |
| Week 3 | 2009-12-01 -- 2009-12-07 | 88,194 | 268,052 | 97% |
| Week 4 | 2009-12-08 -- 2009-12-14 | 89,622 | 357,674 | 97% |
| Week 5 | 2009-12-15 -- 2009-12-21 | 90,215 | 447,889 | 99% |
| Week 6 | 2009-12-22 -- 2009-12-28 | 89,697 | 537,586 | 98% |
| Week 7 | 2009-12-29 -- 2010-01-04 | 90,096 | 627,682 | 97% |
| Week 8 | 2010-01-05 -- 2010-01-11 | 98,631 | 726,313 | 97% |
| Week 9 | 2010-01-12 -- 2010-01-18 | 101,423 | 827,736 | 97% |
| Week 10 | 2010-01-19 -- 2010-01-25 | 94,734 | 922,470 | 96% |
| Week 11 | 2010-01-26 -- 2010-02-01 | 108,173 | 1,030,643 | 96% |
| Week 12 | 2010-02-02 -- 2010-02-08 | 113,659 | 1,144,302 | 97% |
| Week 13 | 2010-02-09 -- 2010-02-15 | 113,893 | 1,258,195 | 97% |
| Week 14 | 2010-02-16 -- 2010-02-22 | 117,088 | 1,375,283 | 97% |
| Week 15 | 2010-02-23 -- 2010-03-01 | 77,693 | 1,452,976 | 95% |

## Total repository connections

| | Total connections to repositories (as of 2010-03-01) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Method | Fedora 7 | Fedora 8 | Fedora 9 | Fedora 10 | Fedora 11 | Fedora 12 | Rawhide | TOTAL |
| Mixed | 3,977,937 | 5,970,278 | 3,357,920 | 3,872,556 | 3,378,913 | 1,452,976 | 968,989 | 22,979,569 |
| New | 4,001,931 | 6,059,352 | 3,517,697 | 3,872,556 | 3,378,913 | 1,452,976 | 968,989 | 23,252,414 |
| TOTAL UNIQUE IPs: 19,767,948 | | | | | | | | |

It's uncertain whether the the old method used for Fedora 9 and previous releases was properly counting all unique IPs. The new method works incrementally, and thus takes longer, but should be slightly more accurate.

## Accuracy of metrics

The numbers above for yum represent unique IP addresses that reach our update server, not simply downloads. We believe it is reasonable to equate a "new IP address checking in" with "a new installation of Fedora", with the following caveats:

1. Users who have dynamic IP addresses will likely be counted multiple times, which inflates the number by some amount.
2. Users who are behind NAT or corporate proxies will not be counted at all.

The anecdotal evidence that we receive from different groups, companies, and organizations suggests that group (2) is significantly larger than group (1). As such, we believe that the true numbers in the field are higher than the numbers on this page. For a more thorough discussion and enlightening information about the measurement of Fedora's userbase, refer to this blog entry by Jef Spaleta.

## Smolt Data

Smolt is Fedora's hardware profiling project. It is an opt-in database that tracks unique installations of Fedora, and various details about that install. People who install to runlevel 5 will be able to opt-in during firstboot, but people who install to runlevel 3 will have to install the smolt client via yum and manually register.

## BitTorrent

Statistics - FedoraProject

The following table shows the number of downloads that have been made over BitTorrent. This table shows downloads only through trackers connected to the official torrent server.

**Downloads from bittorrent (as of 2010-02-25)**

| Sulphur (F9) | Cambridge (F10) | Leonidas (F11) [1] | Constantine (F12) |
| --- | --- | --- | --- |
| 443,932 | 516,825 | 353,368 | 188,479 |

1. ↑ The statistics for BitTorrent were interrupted on or about 2009-09-04 Fedora 11 because of a torrent server reset. Totals at that time are added to the current totals (F10: 306,696, F11: 169,832).

## Direct Download

The following table shows the number of direct downloads of Fedora 12 media **from unique IP addresses**, as shown in the web proxy logs. The actual number of raw downloads tends to be much higher.

**Direct downloads from the web**

| Week | Dates | Downloads this week | Total downloads |
| --- | --- | --- | --- |
| Week 1 | 2009-11-17 -- 2009-11-23 | 154,804 | 154,804 |
| Week 2 | 2009-11-24 -- 2009-11-30 | 84,372 | 239,176 |
| Week 3 | 2009-12-01 -- 2009-12-07 | 68,829 | 308,005 |
| Week 4 | 2009-12-08 -- 2009-12-14 | 61,611 | 369,616 |
| Week 5 | 2009-12-15 -- 2009-12-21 | 56,961 | 426,577 |
| Week 6 | 2009-12-22 -- 2009-12-28 | 51,148 | 477,725 |
| Week 7 | 2009-12-29 -- 2010-01-04 | 49,480 | 527,205 |
| Week 8 | 2010-01-05 -- 2010-01-11 | 54,668 | 581,873 |
| Week 9 | 2010-01-12 -- 2010-01-18 | 57,865 | 639,738 |
| Week 10 | 2010-01-19 -- 2010-01-25 | 57,698 | 697,436 |
| Week 11 | 2010-01-26 -- 2010-02-01 | 57,785 | 755,221 |
| Week 12 | 2010-02-02 -- 2010-02-08 | 57,286 | 812,507 |
| Week 13 | 2010-02-09 -- 2010-02-15 | 54,932 | 867,439 |
| Week 14 | 2010-02-16 -- 2010-02-22 | 54,803 | 922,242 |
| Week 15 | 2010-02-23 -- 2010-03-01 | 56,533 | 978,775 |

## fedoraproject.org unique visitors

**fedoraproject.org unique visitors**

| Period | Unique IPs |
| --- | --- |
| January 2008 | 785,583 |
| February 2008 | 782,043 |
| March 2008 | 830,078 |
| April 2008 | 723,776 |
| May 2008 | 1,128,115 |

| | |
|---|---|
| June 2008 | 825,912 |
| July 2008 | 751,521 |
| August 2008 | 773,209 |
| September 2008 | 1,461,490 |
| October 2008 | 1,351,477 |
| November 2008 | 1,993,547 |
| December 2008 | 1,873,217 |
| January 2009 | 1,815,135 |
| February 2009 | 1,697,108 |
| March 2009 | 1,816,077 |
| April 2009 | 1,749,571 |
| May 2009 | 1,996,040 |
| June 2009 | 2,305,280 |
| July 2009 | 1,929,651 |
| August 2009 | 1,964,544 |
| September 2009 | 1,859,708 |
| October 2009 | 1,996,649 |
| November 2009 | 2,423,626 (all-time monthly high) |
| December 2009 | 1,969,482 |
| January 2010 | 1,829,467 |
| February 2010 | 1,628,215 |

## Edits to Fedora wiki

| Fedora wiki edits | | |
|---|---|---|
| Period | Total edits | Edits from unique IPs |
| October 2007 | 921 | 426 |
| November 2007 | 1,090 | 472 |
| December 2007 | 807 | 378 |
| January 2008 | 1,170 | 580 |
| February 2008 | 1,244 | 645 |
| March 2008 | 1,280 | 705 |
| April 2008 | 1,283 | 755 |
| May 2008 | 6,043 | 766 |
| June 2008 | 6,561 | 731 |
| July 2008 | 4,112 | 528 |
| August 2008 | 2,226 | 423 |
| September 2008 | 4,738 | 791 |
| October 2008 | 3,848 | 617 |
| November 2008 | 4,619 | 715 |
| December 2008 | 4,627 | 751 |
| January 2009 | 6,327 | 739 |
| February 2009 | 7,444 | 764 |
| March 2009 | 8,650 | 973 |
| April 2009 | 5,294 | 844 |
| May 2009 | 5,191 | 928 |

| June 2009 | 5,337 | 858 |
| July 2009 | 5,373 | 807 |
| August 2009 | 4,864 | 702 |
| September 2009 | 5,796 | 868 |
| October 2009 | 5,407 | 782 |
| November 2009 | 5,665 | 957 |
| December 2009 | 4,058 | 653 |
| January 2010 | 5,319 | 711 |
| February 2010 | 12,384 | 761 |

## Contributors



### Fedora Active Accounts
May 2005-Feb 2010

In April 2008, the Fedora Account System CLA process was converted to a click-through process instead of a manual process of GPG signing and fax/email.

## Ambassadors

Information about the number of Fedora Ambassadors.

## Translators

Information on the growth and numbers of Fedora Translators.

## Maps

A variety of maps showing various statistics.

## Charts

Some charts are available reflecting some of the information shown on this page.

## Legacy Statistics

Older releases and years are on the Legacy statistics page.

## Commands

Information on how these statistics are gathered is found here.

© 2010 Red Hat, Inc. and others. For comments or queries, please contact us.

The Fedora Project is maintained and driven by the community and sponsored by Red Hat. This is a community maintained site. Red Hat is not responsible for content.
This page was last modified on 2 March 2010, at 16:31. Content is available under Attribution-Share Alike 3.0 Unported.
Privacy policy About FedoraProject Disclaimers Sponsors Legal Trademark Guidelines