IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and<br>TECHNOLOGY LICENSING CORP.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RED HAT, INC. and<br>NOVELL, INC.<br><br>　　　　　Defendants. | Civil Action No. 2:07-cv-447 (RRR)<br>Jury Trial Demanded |

## ORDER ON RED HAT, INC. AND NOVELL, INC.'S MOTIONS *IN LIMINE*

On this date came for consideration Defendants Red Hat, Inc. and Novell, Inc.'s Motions *in Limine*. The Court finds as follows:

1. GRANTED: _____   DENIED: _____   AGREED: _____

2. GRANTED: _____   DENIED: _____   AGREED: _____

3. GRANTED: _____   DENIED: _____   AGREED: _____

4. GRANTED: _____   DENIED: _____   AGREED: _____

5. GRANTED: _____   DENIED: _____   AGREED: _____

6. GRANTED: _____   DENIED: _____   AGREED: _____

7. GRANTED: _____   DENIED: _____   AGREED: _____

8. GRANTED: _____   DENIED: _____   AGREED: _____

9. GRANTED: _____   DENIED: _____   AGREED: _____

10. GRANTED: _____   DENIED: _____   AGREED: _____

11. GRANTED: _____   DENIED: _____   AGREED: _____

12.	GRANTED: _____	DENIED: _____	AGREED: _____

13.	GRANTED: _____	DENIED: _____	AGREED: _____

14.	GRANTED: _____	DENIED: _____	AGREED: _____