IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and TECHNOLOGY LICENSING CORP., )<br>)<br>Plaintiffs/Counterclaim )<br>Defendants, )<br>)<br>v. )<br>)<br>RED HAT, INC. and NOVELL, INC., )<br>)<br>Defendants. ) | Civil Action No. 2:07-cv-447 (LED)<br>Jury Trial Demanded |

### PLAINTIFFS' REVISED PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

IP Innovation L.L.C. ("IPI") and Technology Licensing Corporation ("TLC") (collectively "Plaintiffs") hereby submit the following revised proposed jury instructions and verdict form for consideration during the parties' and the Court's discussion regarding the final instructions to be given to the jury at the end of trial.

Respectfully submitted,

/s/ Paul C. Gibbons
Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733

Thomas John Ward, Jr.
Jack Wesley Hill
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas  75606-1231
Telephone:  (903) 757-2323

Eric M. Albritton
Attorney at Law
P.O. Box 2649
Longview, Texas  75606
Telephone:  (903) 757-8449

ATTORNEYS FOR  IPINNOVATION L.L.C. and
TECHNOLOGY LICENSING CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **PLAINTIFFS' REVISED PROPOSED JURY INSTRUCTIONS AND VERDICT FORM** was filed with the Clerk of the Court on April 27, 2010 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court:

Mark Nolan Reiter
mreiter@gibsondunn.com
Amy Elizabeth LaValle
alavalle@gibsondunn.com
Gibson Dunn & Crutcher
2100 McKinney Ave., Ste. 1100
Dallas, TX  75201
Tel:  (214) 698-3100
Fax: (214) 571-2907

Josh A. Krevitt
jkrevitt@gibsondunn.com
Gibson Dunn & Crutcher – NYC
200 Park Ave.
New York, NY  10166
Tel:  (212) 351-2490
Fax: (212) 351-6390

H. Mark Lyon
mlyon@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1881 Page Mill Rd.
Palo Alto, CA  94303-1211
Tel:  (650) 849-5300
Fax: (650) 849-5333

Neema Jalali
njalali@gibsondunn.com
Gibson Dunn & Crutcher – NYC
555 Missions St., Ste. 3000
San Francisco, CA  94105-2933
Tel:  (415) 393-8258
Fax: (415) 374-8409

/s/ Paul C. Gibbons