IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and<br>TECHNOLOGY LICENSING CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>RED HAT, INC. and<br>NOVELL, INC.<br><br>Defendants. | Case No. 2:07-cv-447 (RRR)<br><br>**Jury Trial Demanded** |

## VERDICT FORM

### Direct Infringement

Question No. 1    Have Plaintiffs proven by a preponderance of the evidence that Red Hat directly infringed claim 1 of the '412 patent?

    YES  _____ (For Plaintiffs)

    NO   \_\_\_✓\_\_\_\_ (For Defendants)


Question No. 2    Have Plaintiffs proven by a preponderance of the evidence that Novell directly infringed claim 1 of the '412 patent?

    YES  _____ (For Plaintiffs)

    NO   \_\_\_✓\_\_\_\_ (For Defendants)

Question No. 3    Have Plaintiffs proven by a preponderance of the evidence that Red Hat directly infringed claim 21 of the '412 patent?

YES  _____ (For Plaintiffs)
NO   ____✓____ (For Defendants)


Question No. 4    Have Plaintiffs proven by a preponderance of the evidence that Novell directly infringed claim 21 of the '412 patent?

YES  _____ (For Plaintiffs)
NO   ____✓____ (For Defendants)


Question No. 5    Have Plaintiffs proven by a preponderance of the evidence that Red Hat directly infringed claim 8 of the '521 patent?

YES  _____ (For Plaintiffs)
NO   ____✓____ (For Defendants)


Question No. 6    Have Plaintiffs proven by a preponderance of the evidence that Novell directly infringed claim 8 of the '521 patent?

YES  _____ (For Plaintiffs)
NO   ____✓____ (For Defendants)

Question No. 7    Have Plaintiffs proven by a preponderance of the evidence that Red Hat directly infringed claim 1 of the '183 patent?

    YES  _____ (For Plaintiffs)
    NO  \_\_\_✓\_\_\_\_ (For Defendants)

Question No. 8    Have Plaintiffs proven by a preponderance of the evidence that Novell directly infringed claim 1 of the '183 patent?

    YES  _____ (For Plaintiffs)
    NO  \_\_\_✓\_\_\_\_ (For Defendants)

**Indirect Infringement: Active Inducement**

Question No. 9    Have Plaintiffs proven by a preponderance of the evidence that Red Hat actively induced others to infringe claim 1 of the '412 patent?

    YES  _____ (For Plaintiffs)
    NO  \_\_\_✓\_\_\_\_ (For Defendants)

Question No. 10    Have Plaintiffs proven by a preponderance of the evidence that Novell actively induced others to infringe claim 1 of the '412 patent?

    YES  _____ (For Plaintiffs)
    NO  \_\_\_✓\_\_\_\_ (For Defendants)

Question No. 11    Have Plaintiffs proven by a preponderance of the evidence that Red Hat actively induced others to infringe claim 21 of the '412 patent?

YES _____ (For Plaintiffs)
NO   ___✓_____ (For Defendants)


Question No. 12    Have Plaintiffs proven by a preponderance of the evidence that Novell actively induced others to infringe claim 21 of the '412 patent?

YES _____ (For Plaintiffs)
NO   ___✓_____ (For Defendants)


Question No. 13    Have Plaintiffs proven by a preponderance of the evidence that Red Hat actively induced others to infringe claim 8 of the '521 patent?

YES _____ (For Plaintiffs)
NO   ___✓_____ (For Defendants)


Question No. 14    Have Plaintiffs proven by a preponderance of the evidence that Novell actively induced others to infringe claim 8 of the '521 patent?

YES _____ (For Plaintiffs)
NO   ___✓_____ (For Defendants)

Question No. 15     Have Plaintiffs proven by a preponderance of the evidence that Red Hat actively induced others to infringe claim 1 of the '183 patent?

    YES    _____ (For Plaintiffs)

    NO     __✓_____ (For Defendants)

Question No. 16     Have Plaintiffs proven by a preponderance of the evidence that Novell actively induced others to infringe claim 1 of the '183 patent?

    YES    _____ (For Plaintiffs)

    NO     __✓_____ (For Defendants)

### Validity: Inventorship

Question No. 17     Have Defendants proven, by clear and convincing evidence, that the patents-in-suit are invalid because of improper inventorship?

    YES    __✓_____ (For Defendants)

    NO     _____ (For Plaintiffs)

### Validity: Anticipation

Question No. 18     Have Defendants proven, by clear and convincing evidence, that claim 1 of the '412 patent is invalid as anticipated?

    YES    __✓_____ (For Defendants)

    NO     _____ (For Plaintiffs)

Question No. 19     Have Defendants proven, by clear and convincing evidence, that claim 21 of the '412 patent is invalid as anticipated?

    YES   ____✓____ (For Defendants)

    NO    _____ (For Plaintiffs)


Question No. 20     Have Defendants proven, by clear and convincing evidence, that claim 8 of the '521 patent is invalid as anticipated?

    YES   ____✓____ (For Defendants)

    NO    _____ (For Plaintiffs)


Question No. 21     Have Defendants proven, by clear and convincing evidence, that claim 1 of the '183 patent is invalid as anticipated?

    YES   ____✓____ (For Defendants)

    NO    _____ (For Plaintiffs)

**Damages**

Question No. 22     If you find any claim of the patents-in-suit to be valid and infringed by Red Hat, state the amount of damages, if any, in the form of a reasonable royalty you find Plaintiffs have proven by a preponderance of the evidence, including the appropriate royalty base and royalty rate to be applied, or the lump sum payment you find Plaintiffs have proven by a preponderance of the evidence.

|            |                    |           |
|------------|--------------------|-----------|
|            | _____ units  | Royalty Base |
| X (times)  | $ _____ per unit | Royalty Rate |
| =          | $ _0_              | Damages   |

**or**

$ _0_     Lump Sum Payment

Question No. 23    If you find any claim of the patents-in-suit to be valid and infringed by Novell, state the amount of damages, if any, in the form of a reasonable royalty you find Plaintiffs have proven by a preponderance of the evidence, including the appropriate royalty base and royalty rate to be applied, or the lump sum payment you find Plaintiffs have proven by a preponderance of the evidence.

|  |  |  |  |
|---|---|---|---|
|  | _____ units | Royalty Base |
| X (times) | $ _____ per unit | Royalty Rate |
| = | $ 0 | Damages |

**or**

$ 0    Lump Sum Payment

Date: 4/30/10

8