IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2010 MAY -4 AM 8:50
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| IP INNOVATION L.L.C and TECHNOLOGY LICENSING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> RED HAT, INC. and NOVELL, INC., <br><br> Defendants. | Civil Action No. 2:07-cv-447 (RRR) <br> Jury Trial Demanded |

## ORDER CLARIFYING FINAL JUDGMENT

Pursuant to the accompanying jury verdict, judgment of non-infringement and invalidity is hereby entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

SIGNED this 3rd day of May, 2010.

_/s/ Randall R. Rader_

RANDALL R. RADER

UNITED STATES CIRCUIT JUDGE
(sitting by designation)