IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and TECHNOLOGY LICENSING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> RED HAT, INC. and NOVELL, INC. <br><br> Defendants. | Civil Action No. 2:07-cv-447 (RRR) <br> Jury Trial Demanded |

## **DEFENDANTS' FINAL TRIAL EXHIBIT LIST**

Pursuant to the Court's April 23, 2010 Order (Dkt. No. 204) regarding Exhibits,

Defendants hereby submit Defendants' Final Trial Exhibit List – listing only exhibits

offered by Defendants which were admitted for the record.

| Presiding Judge: | Plaintiffs' Attorney(s): | Defendants' Attorneys: |
|---|---|---|
| Randall R. Rader | Raymond P. Niro<br>Joseph N. Hosteny<br>Arthur A. Gasey – Lead Attorney<br>Paul C. Gibbons<br>David J. Mahalek<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, Illinois 60602<br>Telephone: (312) 236-0733<br><br>Thomas John Ward, Jr.<br>Jack Wesley Hill<br>WARD & SMITH LAW FIRM<br>P.O. BoX 1231<br>Longview, Texas 75606-1231<br>Telephone: (903) 757-2323<br><br>Eric M. Albritton<br>P.O. BoX 2649<br>Longview, Texas 75606<br>Telephone: (903) 757-8449 | Mark N. Reiter – Lead Attorney<br>TeXas Bar No. 16759900<br>Amy E. LaValle<br>TeXas Bar No. 24040529<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, Texas 75201<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br>mreiter@gibsondunn.com<br>alavalle@gibsondunn.com<br><br>Josh A. Krevitt<br>New York Bar No. 2568228<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue, 47th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>jkrevitt@gibsondunn.com<br><br>H. Mark Lyon<br>California Bar No. 162061<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California 94303<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br>mlyon@gibsondunn.com |

Neema Jalali
California Bar No. 245424
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8258
Facsimile: (415) 374-8409
njalali@gibsondunn.com

| Trial / Hearing Date(s): | Court Reporter: | Courtroom Deputy: |
|---|---|---|
| April 26-29, 2010 | Glenda Fuller | Sonja Dupree |

| DEFS.' EX. NO. | DESCRIPTION | BEGIN BATES NO. | END BATES NO. | Category | Marked | Offered | Objection | Admitted | Date Admitted | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-098 | Your SUSE Linux Enterprise Subscription | NV0001617 | NV0001618 | C | | X | | X | 4/29/2010 | Steinman |
| DX-240 | An Overview of the Red Hat Enterprise Linux 4 Product Family | RH0001067 | RH0001095 | C | | X | | X | 4/28/2010 | Riveros |
| DX-241 | Red Hat Enterprise Linux: Creating a Scalable Open Source Storage Infrastructure | RH0001121 | RH0001132 | C | | X | | X | 4/28/2010 | Riveros |
| DX-245 | Red Hat Enterprise Linux Product Overview | RH0001181 | RH0001220 | C | | X | | X | 4/28/2010 | Riveros |
| DX-246 | Red Hat Enterprise Linux 5 Technology Overview (Mar. 23, 2007) | RH0001236 RH0001678 | RH0001290 RH0001732 | C | | X | | X | 4/28/2010 | Riveros |
| DX-270 | Quick Reference Guide: Product Renewals | RH0001572 | RH0001573 | C | | X | | X | 4/28/2010 | Riveros |
| DX-271 | Red Hat Enterprise Linux 5 General Overview | RH0001574 RH0008812 | RH0001589 RH0008827 | C | | X | | X | 4/28/2010 | Riveros |
| DX-272 | Red Hat Enterprise Linux 5 Desktop | RH0001594 | RH0001597 | B | | X | | X | 4/28/2010 | Riveros |
| DX-342 | Introduction to Amiga | RHNO0000014 | RHNO0000152 | A | | X | X | X | 4/29/2010 | Wilson |
| DX-455 | Workbench Release 1.1 | RHNO0017776 | RHNO0017778 | B | | X | X | X | 4/29/2010 | Wilson |
| DX-535 | Learning Considerations in User Interface Design: The Room Model; Card Dep. Exhibit 10; Henderson Dep. Exhibit 14 | RHNO0019417 RHNO0020331 RHNO0022513 TLC000630 TLC002175 TLC020109 TLC021621 | RHNO0019479 RHNO0020393 RHNO0022560 TLC000681 TLC002226 TLC020160 TLC021672 | A | | X | X | X | 4/29/2010 | Wilson |

3

| DEFS.' EX. NO. | DESCRIPTION | BEGIN BATES NO. | END BATES NO. | Category | Marked | Offered | Objection | Admitted | Date Admitted | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-577 | Macintosh Switcher Construction Kit | RHNO0021757 RHNO0022435 RHNO0022632 TLC000327 TLC019815 | RHNO0021791 RHNO0022469 RHNO0022666 TLC000362 TLC019850 | A | | X | X | X | 4/29/2010 | Wilson |
| DX-601 | Experience Designing the Waterloo Port User Interface | RHNO0023847 RHNO026236 | RHNO0023854 RHNO026243 | A | | X | X | X | 4/29/2010 | Wilson |
| DX-679 | BYTE The Small Systems Journal: The Amiga Personal Computer | RHNO025785 | RHNO025804 | A | | X | X | X | 4/29/2010 | Wilson |
| DX-714 | DVD - Amiga files in native electronic format | RHNO026389 | RHNO026389 | B | | X | X | X | 4/29/2010 | Wilson |
| DX-721 | DVD - User1 Floppy (Macintosh) files in native electronic format | RHNO026389 | RHNO026389 | B | | X | X | X | 4/29/2010 | Wilson |
| DX-727 | Xerox/IPI/TLC License Agreement; Cooper Dep. Exhibit 11; Haynes Dep. Exhibit 3 | TLC002069 TLC002386 TLC021832 | TLC002077 TLC002394 TLC021840 | A | | X | | X | 4/27/10 4/29/10 | Cooper Steinman |
| DX-738 | Letter from Niro to LaSala/Novell, Oct. 8, 2007; Cooper Dep. Exhibit 19; Haynes Dep. Exhibit 10 | TLC018517 | TLC018520 | A | | X | | X | 4/27/2010 | Cooper |
| DX-739 | Letter from Niro to Cunningham/Red Hat, Oct. 8, 2007; Cooper Dep. Exhibit 18; Haynes Dep. Exhibit 11 | TLC018521 | TLC018524 | A | | X | | X | 4/30/2010 | Putnam |
| DX-740 | Apple/IPI/TLC Settlement and License Agreement; Haynes Dep. Exhibit 9; Cooper Dep. Exhibit 17 | TLC018525 | TLC018533 | A | | X | | X | 4/30/2010 | Putnam |

| DEFS.' EX. NO. | DESCRIPTION | BEGIN BATES NO. | END BATES NO. | Category | Marked | Offered | Objection | Admitted | Date Admitted | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-770 | Xerox/HP License Agreement (1994) | XP002705 | XP002716 | A | | X | | X | 4/30/2010 | Putnam |
| DX-773 | Xerox/SGI License Agreement | XP003196 | XP003200 | A | | X | | X | 4/30/2010 | Putnam |
| DX-801 | Exhibit 2 to Putnam Report, Documents considered | | | C | | X | | X | 4/29/2010 | Putnam |
| DX-817 | Exhibit 1 to Gray Report, Curriculum Vitae | | | A | | X | | X | 4/29/2010 | Gray |
| DX-819 | Exhibit 3 to Gray Report, Appendix A to Court's Claim Construction Order, Aug. 10, 2009, Dkt. No. 87 | | | C | | X | | X | 4/29/2010 | Gray |
| DX-904 | Fedora IP addresses US vs. non-US summary data (Oct. 2007 – Dec. 2008), Supp. Putnam Report | RH0015100 | RH0015100 | B | | X | X | X | 4/28/2010 4/30/2010 | Tiemann Putnam |
| PX-91 | http://www.theregister.co.uk/2009/07/07/novell_sles11_uptake/ SUSE 11 takes off faster than 10 – Novell still cool to KVM by Timothy Prickett Morgan – 4 pages – 07/07/2009 | | | | | X | | X | 4/29/2010 | Steinman |
| PX-290 | Statistics open SUSE | | | | | X | | X | 4/29/2010 | Steinman |
| PX-308 | Novell Hopes Next Desktop Leapfrog | | | | | X | | X | 4/29/2010 | Steinman |
| PX-309 | BetterDesktop.org-Main | | | | | X | | X | 4/29/2010 | Steinman |
| PX-310 | BetterDesktopReport-MoveWindow | | | | | X | | X | 4/29/2010 | Steinman |
| PX-314 | BetterDesktopData | | | | | X | | X | 4/29/2010 | Steinman |

DATE:  May 5, 2010

Respectfully submitted,

/s/ Amy E. LaValle
Mark N. Reiter – Lead Attorney
TeXas Bar No. 16759900
Amy E. LaValle
TeXas Bar No. 24040529
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TeXas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
mreiter@gibsondunn.com
alavalle@gibsondunn.com

Josh A. Krevitt
New York Bar No. 2568228
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jkrevitt@gibsondunn.com

H. Mark Lyon
California Bar No. 162061
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, California 94303
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
mlyon@gibsondunn.com

Neema Jalali
California Bar No. 245424
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8258
Facsimile: (415) 374-8409
njalali@gibsondunn.com

**ATTORNEYS FOR DEFENDANTS**
**RED HAT, INC. AND NOVELL, INC.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 5, 2010, all counsel of record were served

with a copy of the foregoing DEFENDANTS' FINAL TRIAL EXHIBIT LIST by the Court's

CM/ECF system per Local Rule CV-5(a)(3).


DATE:  May 5, 2010                    /s/ Amy E. LaValle

100861628_1.DOC